IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN,

        Plaintiffs,

  v.                                      Civil Case No. 09-C-0692

GEORGE A. WHITING PAPER
COMPANY, et al.,

        Defendants.

## ORDER AUTHORIZING
## GREEN BAY METROPOLITAN SEWERAGE DISTRICT'S
## DEPOSIT OF FUNDS IN COURT REGISTRY ACCOUNT

The United States has filed with the Court the Rule 7.4 Expedited Non-Dispositive Motion to Authorize Green Bay Metropolitan Sewerage District's Deposit of Funds in Court Registry Account. The United States' Motion seeks authorization for Green Bay Metropolitan Sewerage District ("GBMSD"), a Settling Defendant in this case, to deposit additional funds in the Court Registry Account as provided by a proposed revised Consent Decree that has been lodged with the Court, to earn interest in accordance with the Clerk of the Court's normal investment procedures. Paragraph 5A of the Consent Decree requires GBMSD to deposit $154,545.45 into the Court Registry Account within fourteen days of the entry of this Order.

**NOW, THEREFORE**, in light of the United States' Motion, and good cause appearing, **IT IS HEREBY ORDERED**:

a. Pursuant to Fed. R. Civ. P. 67, the Clerk of the Court shall accept GBMSD's payment into the Court Registry Account, as provided by the proposed revised Consent Decree.

b. The funds deposited in the Court Registry Account shall earn interest in accordance with the normal investment procedures of the Clerk of the Court. Pursuant to 28 U.S.C. § 1914(b) and the Judicial Conference Schedule of Fees, no fees shall be charged for services rendered on behalf of the United States in conjunction with this deposit of funds into the Court Registry Account.

c. Any disbursement from the Court Registry Account shall be made only in accordance with a separate Withdrawal Order of this Court. If the Court approves the Consent Decree, the Withdrawal Order shall direct disbursement to the United States as specified by Paragraph 6 of the Consent Decree. The Withdrawal Order shall direct disbursement to GBMSD, to return the settlement payment, if the Court declines to enter the Consent Decree.

Dated this 8th day of October, 2009.

s/ William C. Griesbach
William C. Griesbach
United States District Judge