IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

_____
                                                )
UNITED STATES OF AMERICA and                    )
THE STATE OF WISCONSIN,                          )
                                                )
                               Plaintiffs,       )
                                                )   Civil Action No. 09-cv-00692
              v.                                 )
                                                )   Hon. William C. Griesbach
GEORGE A. WHITING PAPER COMPANY, *et al.*        )
                                                )
                               Defendants.       )
                                                )
_____)

## PLAINTIFFS' MOTION TO ENTER
## CONSENT DECREE
## WITH DEFENDANT CITY OF DE PERE

On September 25, 2009, the United States of America and the State of Wisconsin

(collectively the "Plaintiffs") lodged with the Court a proposed Consent Decree with defendant

City of De Pere ("De Pere" or "Settling Defendant"), to resolve the Settling Defendant's liability

for polychlorinated biphenyl ("PCB") contamination at the Lower Fox River and Green Bay

Site.  The proposed Consent Decree requires De Pere to make a payment of $210,000.

On October 8, 2009, the United States published notice of the settlement in the Federal

Register and solicited public comments in accordance with the governing law.  See 74 Fed. Reg.

51,878 (Oct. 8, 2009).  One joint set of comments was submitted by Appleton Papers Inc.

("API") and NCR Corporation ("NCR").  After reviewing and considering the comments on the

Consent Decree, the Plaintiffs have determined that the proposed settlement is fair, reasonable,

and consistent with the Comprehensive Environmental Response, Compensation, and Liability

Act ("CERCLA"), 42 U.S.C. § 9601, *et seq*. The settlement was negotiated at arms-length over months. The settlement would reimburse an appropriate portion of certain CERCLA response costs and natural resource damage assessment costs incurred by the Plaintiffs and would facilitate important natural resource restoration work in the Fox River/Green Bay area. All parties to the proposed Consent Decree support entry of the Consent Decree.

Pursuant to an Order entered on September 28, 2009, De Pere has already paid $210,000 into the Court Registry. As stated in the Order, the funds (and accrued interest) should be disbursed to the Plaintiffs upon entry of the Consent Decree.

A proposed "Order Entering Consent Decree and Authorizing Disbursements from Court Registry Account" has been submitted in conjunction with this Motion, and the United States respectfully requests that the Court enter that Order without delay.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

    s/ Jeffrey A. Spector
JEFFREY A. SPECTOR, Trial Attorney
RANDALL M. STONE, Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC  20044
(202) 514-4432

- 2 -

MICHELLE L. JACOBS
United States Attorney
MATTHEW V. RICHMOND
Assistant United States Attorney
Eastern District of Wisconsin
530 Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202


FOR THE STATE OF WISCONSIN

     s/ Cynthia Hirsch
CYNTHIA HIRSCH
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Madison, WI 53702
(608) 266-3861

OF COUNSEL:

Richard Murawski
Associate Regional Counsel
U.S. Environmental Protection Agency
Region 5
77 West Jackson Blvd.
Chicago, IL 60604

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing *Plaintiffs' Motion to Enter Consent Decree Defendant City of De Pere* were served on this date served via the Court's ECF filing system on all counsel of record in this matter and by first-class mail, postage prepaid, upon the following individuals:

Philip A. Munroe
DiRenzo & Bomier LLC
Two Neenah Center, Suite 701
PO Box 788
Neenah, WI 54957-0788

John F. Cermack, Jr.
Sonja A. Inglin
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025

Timonthy B. Anderson
REMLEY & SENSENBRENNER, S.C.
219 E. Wisconsin Avenue
Neenah, WI 54956

Joseph C. Basta
DYKEMA GOSSETT PLLC
2723 South State Street
Suite 400
Ann Arbor, MI 48104

David A. Crass
MICHAEL BEST & FRIEDRICH LLP
Firstar Plaza
1 S Pinckney St. - Ste 700
PO Box 1806
Madison, WI 53701-1806

Ted A Warpinski
FRIEBERT FINERTY & ST JOHN SC
2 Plaza East
330 E Kilbourn Ave. - Ste 1250
Milwaukee, WI 53202-3158


_____2/1/10_____
Date

_____s/ Jeffrey A. Spector_____
Jeffrey A. Spector