IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | CASE NO. 1:09-CV-00692 |
| Plaintiffs, | JUDGE WILLIAM C. GRIESBACH |
| v. | |
| GEORGE A. WHITING PAPER COMPANY, et al., | DEFENDANT NEENAH FOUNDRY COMPANY'S NOTICE OF SUGGESTION OF BANKRUPTCY |
| Defendants. | |

**PLEASE TAKE NOTICE THAT** on February 3, 2010 (the "Petition Date"), Neenah Enterprises, Inc. and certain subsidiaries (the "Debtors"), including Defendant Neenah Foundry Company ("Neenah Foundry"), filed voluntary petitions for relief in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), which are pending under Case No. 10-10360.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with the automatic stay imposed by operation of section 362 of the Bankruptcy Code, from and after the Petition Date no cause of action arising prior to, or relating to the period prior to, the Petition Date, including this action, may be commenced or prosecuted against the Debtors, including Neenah Foundry, in this civil action, and no related judgment may be entered or enforced against the Debtors outside of the Bankruptcy Court without the Bankruptcy Court first issuing an order lifting or modifying the automatic stay for such specific purpose.

Respectfully submitted,

/s/William E. Coughlin
WILLIAM E. COUGHLIN (0010874)
THOMAS R. O'DONNELL (0067105)
CALFEE, HALTER & GRISWOLD LLP
1400 Key Bank Center
800 Superior Avenue
Cleveland, Ohio 44114-2688
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
wcoughlin@calfee.com
todonnell@calfee.com

and

TIMOTHY B. ANDERSON (1035959)
REMLEY & SENSENBRENNER, S.C.
219 E. Wisconsin Avenue
Neenah, Wisconsin 54956
Telephone: (920) 725-2601
Facsimile: (920) 725-5814
tanderson@remleylaw.com

Attorneys for Defendant
Neenah Foundry Company

{00724473.DOC;1 }　　　　　　　　　　　　　　　2

Case 1:09-cv-00692-WCG   Filed 02/04/10   Page 2 of 3   Document 61

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice of Suggestions of Bankruptcy was filed with the Clerk of Courts using the CM/ECF System which will send notification electronically to counsel of record this 4th day of February, 2010.

/s/William E. Coughlin
One of the Attorneys for Defendant
Neenah Foundry Company

{00724473.DOC;1 }

3