**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF WISCONSIN, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 09-CV-00692 |
| v. | ) ) | |
| GEORGE A. WHITING PAPER COMPANY, et al. | ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEAL OF INTERVENORS,**
**APPLETON PAPERS INC. AND NCR CORPORATION**

Notice is hereby given that Appleton Papers Inc. and NCR Corporation, intervenors in the above-captioned action, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Decision and Order Approving Consent Decree entered in this action on the 16th day of December, 2009.[1]

Respectfully submitted,

APPLETON PAPERS INC.                    NCR CORPORATION


/s/ Michael L. Hermes                          /s/ J. Ric Gass


Counsel for Appleton Papers Inc.:          Counsel for NCR Corporation:
Michael L. Hermes (WI Bar No. 1019623)    J. Ric Gass (Wisconsin Bar No. 1011998)
Counsel of Record                               Counsel of Record
Anthony J. Steffek (WI Bar No. 1053615)   David J. Turek (Wisconsin Bar No. 1035356)
Hermes Law Ltd.                                 Gass Weber Mullins LLC
333 Main Street, Suite 601                     309 North Water Street
Green Bay, Wisconsin 54301                     Milwaukee, Wisconsin 53202

---

[1] One of the defendants in this case, Neenah Foundry Company, has recently filed for bankruptcy and, with respect to that defendant, this Notice of Appeal is not intended to, and shall not be deemed to be, an enforcement of rights in violation of the automatic stay.

(920) 436-9870
Fax: (920) 436-9871

Ronald R. Ragatz (WI Bar No. 1017501)
Dennis P. Birke (WI Bar No. 1018345)
Megan A. Senatori (WI Bar No. 1037314)
DeWitt Ross & Stevens S.C.
2 E. Mifflin Street, Suite 600
Madison, Wisconsin 53703
(608) 255-8891
Fax: (608) 252-9243

Charles Fried (MA Bar No. 179620)
1545 Massachusetts Avenue
Cambridge, MA 02138
(617) 495-4636
Fax: (617) 496-4865

Dated:  February 12, 2010

(414) 224-7697
Fax:  (414) 224-6116

Carter G. Phillips
Sidley Austin LLP
1501 K Street N.W.
Washington D.C. 20005
(202) 736-8270
Fax: (202) 736-8711

Kathleen L. Roach
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7861
Fax: (312) 853-7036