**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and <br> THE STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE A. WHITING PAPER COMPANY, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    Case No. 09-CV-00692 <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEAL OF INTERVENORS,
APPLETON PAPERS INC. AND NCR CORPORATION**

Notice is hereby given that Appleton Papers Inc. and NCR Corporation, intervenors in the above-captioned action, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Judgment in a Civil Case entered in this action on April 21, 2010.[1]

Respectfully submitted,

| APPLETON PAPERS INC. | NCR CORPORATION |
|---|---|
| /s/ Michael L. Hermes | /s/ Kathleen L. Roach |
| Counsel for Appleton Papers Inc.: <br> Michael L. Hermes (WI Bar No. 1019623) <br> Counsel of Record <br> Anthony J. Steffek (WI Bar No. 1053615) <br> Hermes Law Ltd. <br> 333 Main Street, Suite 601 <br> Green Bay, Wisconsin 54301 <br> (920) 436-9870 <br> Fax: (920) 436-9871 | Counsel for NCR Corporation: <br> Kathleen L. Roach (IL Bar No. 6191432) <br> Counsel of Record <br> Sidley Austin LLP <br> One South Dearborn <br> Chicago, IL 60603 <br> (312) 853-7861 <br> Fax: (312) 853-7036 |

---

[1] One of the defendants in this case, Neenah Foundry Company, has filed for bankruptcy and, with respect to that defendant, this Notice of Appeal is not intended, and shall not be deemed, to be an enforcement of rights in violation of the automatic stay.

| | |
|---|---|
| Ronald R. Ragatz (WI Bar No. 1017501) | Carter G. Phillips (IL Bar No. 2198894) |
| Dennis P. Birke (WI Bar No. 1018345) | Sidley Austin LLP |
| Megan A. Senatori (WI Bar No. 1037314) | 1501 K Street N.W. |
| DeWitt Ross & Stevens S.C. | Washington D.C. 20005 |
| 2 E. Mifflin Street, Suite 600 | (202) 736-8270 |
| Madison, Wisconsin 53703 | Fax: (202) 736-8711 |
| (608) 255-8891 | |
| Fax: (608) 252-9243 | J. Ric Gass (WI Bar No. 1011998) |
| | David J. Turek (WI Bar No. 1035356) |
| Charles Fried (MA Bar No. 179620) | Gass Weber Mullins LLC |
| 1545 Massachusetts Avenue | 309 North Water Street |
| Cambridge, MA 02138 | Milwaukee, Wisconsin 53202 |
| (617) 495-4636 | (414) 224-7697 |
| Fax: (617) 496-4865 | Fax: (414) 224-6116 |

Dated: June 18, 2010